UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIRA ENTERPRISES ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 5:06-cv-00373 <br><br> C O M P L A I N T <br> JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Dominique Tillman and Danyell Pope who were adversely affected by such practices. The Commission alleges that Defendant, Mira Enterprises, discriminated against Dominique Tillman and Danyell Pope when it terminated their employment because of their sex, male.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the Eastern District of North Carolina.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3), 42 U.S.C., Section 2000e-5(f)(1) and (3).

4. At the time of the unlawful employment practice, Defendant Mira Enterprises was a North Carolina general partnership, and had at least fifteen employees.

5. At all relevant times, Defendant Mira Enterprises has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Dominique Tillman and Danyell Pope filed charges with the Commission alleging a violation of Title VII by Defendant Mira Enterprises. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about July 12, 2005, Defendant engaged in an unlawful employment practice in violation of Section 703(a) of Title VII, 42 U.S.C. Section 2000e-2. Specifically, at the time of the alleged violation, Defendant owned and operated a Comfort Inn motel in Wilson, North Carolina. Dominique Tillman and Danyell Pope were hired to work in housekeeping at the motel on or about July 10, 2005. They were fully qualified and able to perform all of the duties of the housekeeping position they were hired to perform. On or about their second day of work, Messrs. Tillman and Pope were discharged when Defendant's then General Manager learned that the two men had been hired. The reason Messrs. Tillman and Pope were discharged

is because of gender, male.

8. The effect of the practices complained of in paragraph 7 above have been to deprive Dominique Tillman and Donyell Pope of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, male.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Dominique Tillman and Donyell Pope.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Mira Enterprises, their owners, officers, successors, assigns and all persons in active concert or participation with them, from engaging in any employment practices which discriminate on the basis of sex.

B. Order Defendant Mira to institute and carry out policies, practices, and training programs which provide equal employment opportunities for persons without regard to sex, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Mira Enterprises to make whole Dominique Tillman and Donyell Pope by providing appropriate back pay, with prejudgment interest, in amounts to be determined at trial, and any other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, including but not limited to reinstatement or front pay in lieu thereof.

D. Order Defendant Mira Enterprises to make whole Dominique Tillman and

Donyell Pope by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

  E. Order Defendant Mira Enterprises to make whole Dominique Tillman and Donyell Pope by providing compensation for non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including past and future emotional pain and suffering, humiliation, anxiety, inconvenience, and loss of enjoyment of life, in amounts to be determined at trial.

  F. Order Defendant Mira Enterprises to pay Dominique Tillman and Donyell Pope punitive damages for the malicious or reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper.

  H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in the complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

                        EQUAL EMPLOYMENT
                        OPPORTUNITY COMMISSION
                        1801 L Street, N.W., Suite 700
                        Washington, DC 20507-1002

                        /s/ LYNETTE A. BARNES
                        Regional Attorney
                        EEOC-Charlotte District Office
                        129 West Trade Street, Suite 400
                        Charlotte, North Carolina 28202
                        Telephone:    (704) 344-6878
                        Facsimile:     (704) 344-6780
                        State Bar No. 19732

                        /s/ TRACY HUDSON SPICER
                        Supervisory Trial Attorney

                        /s/ CORBETT L. ANDERSON
                        Trial Attorney
                        EEOC Washington Field Office
                        1801 L Street, N.W., Suite 100
                        Washington, DC 20507-1002
                        Telephone:    (202) 419-0724
                        Facsimile:     (202) 419-0701
                        PA State Bar No. 77027